# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
BENTHAL, ALLISON M                  §    Case No. 10-73169
                                    §
                                    §
_____Debtor(s)_____§_____

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/24/2010 . The undersigned trustee was appointed on 06/24/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 12,160.65 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 9.78 |
| Bank service fees | 20.20 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 12,130.67 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/17/2011 and the deadline for filing governmental claims was 10/17/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,966.07 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,966.07 , for a total compensation of $ 1,966.07 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/20/2012            By:/s/DANIEL M. DONAHUE
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Page: 1
Exhibit A

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 10-73169 MLB Judge: MANUEL BARBOSA  
Case Name: BENTHAL, ALLISON M  
For Period Ending: 08/20/12

Trustee Name: DANIEL M. DONAHUE  
Date Filed (f) or Converted (c): 06/24/10 (f)  
341(a) Meeting Date: 08/09/10  
Claims Bar Date: 10/17/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 1.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking account at the Chase Bank | 5.00 | 0.00 | DA | 0.00 | FA |
| 3. 7 rooms, TV, DVD, miscellaneous furniture | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4. Clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| 5. Accounts receivable on books is over $50,000.00, b | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. 2003 Jeep Liberty; in ex-husband's name, supposed | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 7. 3 exam tables, 3 otoscopes, 2 desks, 3 computers | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Income tax refund (u) | Unknown | 12,160.38 | | 12,160.38 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | 0.27 | | 0.27 | FA |
| TOTALS (Excluding Unknown Values) | $5,906.00 | $12,160.65 | | $12,160.65 | $0.00 |

Gross Value of Remaining Assets  
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 12/01/12   Current Projected Date of Final Report (TFR): 12/01/12

LFORM1   UST Form 101-7-TFR (5/1/2011) (Page: 3)   Ver: 16.06d

Page: 1
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-73169 -MLB
Case Name: BENTHAL, ALLISON M
Taxpayer ID No: ********1184
For Period Ending: 08/20/12

Trustee Name: DANIEL M. DONAHUE
Bank Name: Bank of America, NA
Account Number / CD #: ******3820 MONEY MARKET
Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/15/11 | 8 | UNITED STATES TREASURY | INCOME TAX REFUND | 1224-000 | 5,410.38 | | 5,410.38 |
| 07/29/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 5,410.40 |
| 08/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,410.45 |
| 09/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,410.49 |
| 10/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,410.54 |
| 10/31/11 | 9 | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.89 | 5,403.65 |
| 11/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,403.69 |
| 11/30/11 | 9 | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.66 | 5,397.03 |
| 12/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,397.07 |
| 12/30/11 | 9 | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.65 | 5,390.42 |
| 01/19/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 5,390.45 |
| 01/19/12 | | Transfer to Acct #******3713 | Bank Funds Transfer | 9999-000 | | 5,390.45 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 5,410.65 | 5,410.65 |
| Less: Bank Transfers/CD's | | 0.00 | 5,390.45 |
| Subtotal | | 5,410.65 | 20.20 |
| Less: Payments to Debtors | | 0.00 | 0.00 |
| Net | | 5,410.65 | 20.20 |

Page Subtotals   5,410.65   5,410.65

Ver: 16.06d

LFORM2 4 UST Form 101-7-TFR (5/1/2011) (Page: 4)

Page: 2
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-73169 -MLB
Case Name: BENTHAL, ALLISON M
Taxpayer ID No: **\*\*\*\*\***1184
For Period Ending: 08/20/12

Trustee Name: DANIEL M. DONAHUE
Bank Name: CONGRESSIONAL BANK
Account Number / CD #: **\*\*\*\*\***3713 GENERAL CHECKING
Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/19/12 | | Transfer from Acct #**\*\*\*\*\***3820 | Bank Funds Transfer | 9999-000 | 5,390.45 | | 5,390.45 |
| 05/01/12 | 8 | DAYTON SMITH 445 MILL RIDGE DR. BYRON, IL 61010 | INCOME TAX REFUND | 1224-000 | 6,750.00 | | 12,140.45 |
| 06/19/12 | 000100 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018067 | 2300-000 | | 9.78 | 12,130.67 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 12,140.45 | 9.78 |
| Less: Bank Transfers/CD's | | 5,390.45 | 0.00 |
| Subtotal | | 6,750.00 | 9.78 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 6,750.00 | 9.78 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - **\*\*\*\*\***3820 | 5,410.65 | 20.20 | 0.00 |
| GENERAL CHECKING - **\*\*\*\*\***3713 | 6,750.00 | 9.78 | 12,130.67 |
| | 12,160.65 | 29.98 | 12,130.67 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 12,140.45 9.78

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: August 20, 2012 |
|---|---|---|---|---|---|
| Case Number: 10-73169<br>Debtor Name: BENTHAL, ALLISON M | | Claim Type Sequence | | | |
| Code # | Creditor Name & Address | Claim Class    Notes | Scheduled | Claimed | Allowed |
| 000007 | One Communitions<br>528 Washington Ave.<br>North Haven, CT 06473 | Unsecured | $0.00 | $1,406.23 | $1,406.23 |
| 000012 | Ikon Financial Services<br>P.O. Box 13708<br>Macon, GA 31208 | Unsecured | $0.00 | $5,641.61 | $5,641.61 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Administrative | $0.00 | $9.78 | $9.78 |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | $0.00 | $2,590.00 | $2,590.00 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | $0.00 | $187.92 | $187.92 |
| 000002A<br>058<br>5800-00 | Illinois Department of Employment<br>Security<br>33 South State Street<br>Chicago, Illinois 60603 | Priority | $0.00 | $3,972.35 | $3,972.35 |
| 000001<br>070<br>7100-00 | Yellow Book Sales & Distribution<br>c/o RMS Bankruptcy Recovery<br>Services<br>P.O. Box 5126<br>Timonium, Maryland 21094 | Unsecured | $0.00 | $2,544.40 | $2,544.40 |
| 000002B<br>070<br>7100-00 | Illinois Department of Employment<br>Security<br>33 South State Street<br>Chicago, Illinois 60603 | Unsecured | $0.00 | $200.00 | $200.00 |
| 000003<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | $0.00 | $5,894.42 | $5,894.42 |
| 000004<br>070<br>7100-00 | Gemini Computer Systems<br>1893 Daimler Rd.<br>Rockford, IL 61112 | Unsecured | $0.00 | $254.80 | $254.80 |
| 000005<br>070<br>7100-00 | Henry Schein<br>135 Duryea Rd.<br>Melville, NY 11747 | Unsecured | $0.00 | $2,430.45 | $2,430.45 |

Case 10-73169    Doc 57    Filed 08/23/12    Entered 08/23/12 15:44:48    Desc Main
Document    Page 7 of 10

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: August 20, 2012 |
|---|---|---|---|---|---|---|
| Case Number: 10-73169<br>Debtor Name: BENTHAL, ALLISON M | | | Claim Type Sequence | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 000006<br>070<br>7100-00 | Talbots<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | | $0.00 | $2,331.76 | $2,331.76 |
| 000008<br>070<br>7100-00 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Unsecured | | $0.00 | $12,951.05 | $12,951.05 |
| 000009<br>070<br>7100-00 | U.S. Bank N.A.<br>POB 5229<br>Cincinnati, OH 45201-5229 | Unsecured | | $0.00 | $39,808.36 | $39,808.36 |
| 000010<br>070<br>7100-00 | Northern Illinois Helath Plan<br>c/o Allied Business Accouts<br>P.O. Box 1600<br>Clinton, IA 52733-1600 | Unsecured | | $0.00 | $139.31 | $139.31 |
| 000011<br>070<br>7100-00 | Associated Bank, National Association<br>c/o Jamie S. Cassel, Esq.<br>2902 McFarland Road, Suite 400<br>Rockford, IL 61107 | Unsecured | | $0.00 | $200,524.09 | $200,524.09 |
| | Case Totals: | | | $0.00 | $280,886.53 | $280,886.53 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-73169
Case Name: BENTHAL, ALLISON M
Trustee Name: DANIEL M. DONAHUE

Balance on hand                               $           12,130.67

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,966.07 | $ 0.00 | $ 1,966.07 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,590.00 | $ 0.00 | $ 2,590.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 187.92 | $ 0.00 | $ 187.92 |

Total to be paid for chapter 7 administrative expenses     $     4,743.99

Remaining Balance                                          $     7,386.68

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,972.35 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Illinois Department of Employment Security | $ 3,972.35 | $ 0.00 | $ 3,972.35 |
| | Total to be paid to priority creditors | | $ | 3,972.35 |
| | Remaining Balance | | $ | 3,414.33 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 267,078.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Yellow Book Sales & Distribution | $ 2,544.40 | $ 0.00 | $ 32.53 |
| 000002B | Illinois Department of Employment Security | $ 200.00 | $ 0.00 | $ 2.56 |
| 000003 | Discover Bank | $ 5,894.42 | $ 0.00 | $ 75.35 |
| 000004 | Gemini Computer Systems | $ 254.80 | $ 0.00 | $ 3.26 |
| 000005 | Henry Schein | $ 2,430.45 | $ 0.00 | $ 31.07 |
| 000006 | Talbots | $ 2,331.76 | $ 0.00 | $ 29.81 |
| 000008 | Sallie Mae | $ 12,951.05 | $ 0.00 | $ 165.57 |
| 000009 | U.S. Bank N.A. | $ 39,808.36 | $ 0.00 | $ 508.91 |
| 000010 | Northern Illinois Helath Plan | $ 139.31 | $ 0.00 | $ 1.78 |
| 000011 | Associated Bank, National Association | $ 200,524.09 | $ 0.00 | $ 2,563.49 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,414.33 |

   Remaining Balance                  $    0.00

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

              NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

              NONE