UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
BENTHAL, ALLISON M § Case No. 10-73169
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Clerk's Office
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Room 1100
Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/26/2012 in Courtroom 3100,
United States Courthouse
327 South Church Street
Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: /s/ Daniel M. Donahue
                                     Trustee


*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:   §
         §
BENTHAL, ALLISON M   §   Case No. 10-73169
         §
         Debtor(s)   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,160.65 |
| and approved disbursements of | $ | 29.98 |
| leaving a balance on hand of[1] | $ | 12,130.67 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,966.07 | $ 0.00 | $ 1,966.07 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 2,590.00 | $ 0.00 | $ 2,590.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 187.92 | $ 0.00 | $ 187.92 |
| Total to be paid for chapter 7 administrative expenses | | $ | 4,743.99 |
| Remaining Balance | | $ | 7,386.68 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,972.35 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002A | Illinois Department of Employment Security | $ 3,972.35 | $ 0.00 | $ 3,972.35 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | | $ 3,972.35 |
| Remaining Balance | | $ 3,414.33 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 267,078.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Yellow Book Sales & Distribution | $ 2,544.40 | $ 0.00 | $ 32.53 |
| 000002B | Illinois Department of Employment Security | $ 200.00 | $ 0.00 | $ 2.56 |
| 000003 | Discover Bank | $ 5,894.42 | $ 0.00 | $ 75.35 |
| 000004 | Gemini Computer Systems | $ 254.80 | $ 0.00 | $ 3.26 |
| 000005 | Henry Schein | $ 2,430.45 | $ 0.00 | $ 31.07 |
| 000006 | Talbots | $ 2,331.76 | $ 0.00 | $ 29.81 |
| 000008 | Sallie Mae | $ 12,951.05 | $ 0.00 | $ 165.57 |
| 000009 | U.S. Bank N.A. | $ 39,808.36 | $ 0.00 | $ 508.91 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Northern Illinois Helath Plan | $ 139.31 | $ 0.00 | $ 1.78 |
| 000011 | Associated Bank, National Association | $ 200,524.09 | $ 0.00 | $ 2,563.49 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,414.33 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                            Case No. 10-73169-MB
Allison M. Benthal                                                Chapter 7
        Debtor            CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett              Page 1 of 3                   Date Rcvd: Aug 24, 2012
                              Form ID: pdf006             Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2012.
db           +Allison M. Benthal,    P.O. Box 112,    Gurnee, IL 60031-0112
15759033     +ADV Real Estate Investments,    605 Fulton Ave.,    Rockford, IL 61103-4199
15759034     +Alpine Bank,    1700 N. Alpine Rd,   Rockford, IL 61107-1459
15759035     +Amy McIntyre,    129 Bullard St.,    Poplar Grove, IL 61065-8401
15759036     +Ashley Kupkowski,    9719 Rambouillet Ridge,    Roscoe, IL 61073-1904
17923878     +Associated Bank, National Association,     c/o Jamie S. Cassel, Esq.,
               2902 McFarland Road, Suite 400,    Rockford, IL 61107-6801
15901660      Beloit Health System,    1905 E Huebbe Pkwy,    Beloit, WI 53511-1842
15759038     +Capital One,    P.O. Box 6492,   Carol Stream, IL 60197-6492
15759040      Comcast Communications,    P.O. Box 3002,    Southeastern, PA 19398-3002
15759042     +Culligan Water,    702 N. Madison,    Rockford, IL 61107-3934
15759047     +Donald Benthal,    523 Indian Terrace,    Rockford, IL 61103-6816
15759035      EBSCO,    P.O. Box 37660,   Boone, IA 50037-0660
15759048     +Eastern Account Systems of Conn, In,     P.O. Box 837,    Newtown, CT 06470-0837
15759050     +Elsevier, Inc.,    1799 Hwy 50 East,    Linn, MO 65051-3250
15759051     +Farmer’s Insurance,    c/o ARSI,    555 St. Charles Dr., Ste. 100,    Thousand Oaks, CA 91360-3983
15759052     +First Data,    P.O. Box 173845,   Denver, CO 80217-3845
15759053     +Gemini Computer Systems,    1893 Daimler Rd.,    Rockford, IL 61112-1081
15759054      Health Net,    P.O. Box 870141,   Surfside Beach, SC 29587-9741
15759055     +Henry Schein,    135 Duryea Rd.,    Melville, NY 11747-3834
15759056      Highlights for Children,    P.O. Box 269,    Columbus, OH 43216-0269
15759057      Humana,    Financial Recovery,    P.O. Box 14601,    Lexington, KY 40512-4601
15759058     +Ikon Financial Services,    P.O. Box 13708,    Macon, GA 31208-3708
17302441     +Illinois Department of Employment Security,     33 South State Street,
               Chicago, Illinois 60603-2808
15759059     +Illinois Dept of Employment Securit,     Bankruptcy Unit,    401 S. State St, 3rd Fl,
               Chicago, IL 60605-1294
15759061     +Limited Too,    7200 Harrison Ave., Unit F80,    Rockford, IL 61112-1037
15759062     +Macy’s,    P.O. Box 8053,   Mason, OH 45040-8053
15759063     +Mayo Clinic,    200 S.W. First St,    Rochester, MN 55905-0002
15759064     +Megan Jenkins,    129 Bullard St.,    Poplar Grove, IL 61065-8401
15759065      More,   Billing Center,    1716 Locust St.,    Des Moines, IA 50309-3023
15759070      NWP Services Corp.,    P.O. Box 19661,    Irvine, CA 92623-9661
15759066      Nexus Office Systems, Inc,    898 Featherstone Rd.,    Rockford, IL 61107-6300
15759067      Nexus Office Systems, Inc.,    c/o James, Stevens, & Daniels,     1283 College Park Dr.,
               Dover, DE 19904-8713
15759069      Northern Illinois Helath Plan,    c/o Allied Business Accouts,     P.O. Box 1600,
               Clinton, IA 52733-1600
15759071     +One Communications,    2150 Holmgren Way,    Green Bay, WI 54304-4606
17700482     +One Communitions,    528 Washington Ave.,    North Haven, CT 06473-1332
15759072     +PhyLogic Healthcare, LLC,    1350 Main St., 14th Floor,    Springfield, MA 01103-1664
15759075     +SVA Accounting,    4960 E. State St.,    Rockford, IL 61108-2268
15759076     +Swedish American Hospital,    PO Box 4448,    Rockford, IL 61110-0948
15759077      Talbot’s,    P.O. Box 740158,   Cincinnati, OH 45274-0158
17652282     +Talbots,   c/o Creditors Bankruptcy Service,     P O Box 740933,    Dallas,Tx 75374-0933
15759078     +Tiffany Stewart,    5820 Dusty Lane,    South Beloit, IL 61080-9532
15759079     +Toys R Us,    6455 E. State St.,    Rockford, IL 61108-2541
17813620    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank N.A.,      POB 5229,   Cincinnati, OH 45201-5229)
15759080      Unicare,    P.O. Box 37780,   Louisville, KY 40233-7780
15759083     +Yellow Book,    6300 C Street SW,    P.O. Box 3162,    Cedar Rapids, IA 52406-3162
15759084     +Yellow Book,    c/o RMS,   P.O. Box 5471,    Mount Laurel, NJ 08054-5471
16115014     +Yellow Book Sales & Distribution,    c/o RMS Bankruptcy Recovery Services,     P.O. Box 5126,
               Timonium, Maryland 21094-5126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15759041      E-mail/Text: legalcollections@comed.com Aug 25 2012 00:37:38      Commonwealth Edison,
               Bill Payment Center,    Chicago, IL 60668-0001
15759044      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 25 2012 02:27:24       Discover,   Greenwood Trust,
               P.O. Box 6000,    Dover, DE 19903
15759045      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 25 2012 02:27:24       Discover,   PO Box 30395,
               Salt Lake City, UT 84130-0395
15759043      E-mail/Text: CustomerNoticesEast@dexknows.com Aug 25 2012 00:39:18       Dex,   8519 Innovation Way,
               Chicago, IL 60682-0085
15759046      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 25 2012 02:27:24       Discover,   P.O. Box 6103,
               Carol Stream, IL 60197-6103
17561819      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 25 2012 02:27:24       Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
15759060      E-mail/Text: cio.bncmail@irs.gov Aug 25 2012 00:32:05      Internal Revenue Service,
               Mail Stop 5010 CHI,    230 S Dearborn St,    Chicago, IL 60604
15759068      E-mail/Text: bankrup@nicor.com Aug 25 2012 00:34:27      NICOR,    P.O. Box 0632,
               Aurora, IL 60507-0632
15759073      E-mail/Text: drobidoux@rnacollects.com Aug 25 2012 00:42:26       Pitney Bowes Post,
               c/o Richmond North Associates, Inc.,     PO Box 963 4232 Ridge Lea Rd,    Amherst, NY 14226-0963
```

```
District/off: 0752-3          User: vgossett              Page 2 of 3                   Date Rcvd: Aug 24, 2012
                              Form ID: pdf006             Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
17760883     +E-mail/PDF: pa_dc_claims@salliemae.com Aug 25 2012 02:29:29      Sallie Mae,   c/o Sallie Mae Inc.,
              220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
15759074     +E-mail/PDF: pa_dc_claims@salliemae.com Aug 25 2012 02:29:29      Sallie Mae,   P.O. Box 9550,
              Wilkes Barre, PA 18773-9550
15759085      E-mail/Text: jsanceri@yellowpagesinc.com Aug 25 2012 00:39:58    Yellow Pages, Inc.,
              P.O. box 60007,   Anaheim, CA 92812-6007
                                                                                                TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15759082*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,   P.O. Box 2188,   Oshkosh, WI 54903-2188)
15759081*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,   P.O. Box 5830,   Portland, OR 97228-5830)
15759037     ##+C.Bax,   54 Old Hwy. 22, Ste. 300,   Clinton, NJ 08809-1389
15759039     ##CLIA Laboratory,   P.O. Box 70948,   Charlotte, NC 28272-0948
                                                                                  TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 26, 2012**              **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: vgossett              Page 3 of 3                  Date Rcvd: Aug 24, 2012
                              Form ID: pdf006             Total Noticed: 59
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2012 at the address(es) listed below:

```
          Carole J. Ryczek    on behalf of Plaintiff Patrick Layng carole.ryczek@usdoj.gov
          Daniel  Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
          Daniel M Donahue    on behalf of Trustee Daniel Donahue ddonahue@mjwpc.com
          Elizabeth M Groncki    on behalf of Creditor  ADV Real Estate Investments, LLC
           bgroncki@howardhardyman.com
          Jamie S. Cassel    on behalf of Creditor  Associated Bank NA jsc@renozahm.com
          Jeffrey A Bivens    on behalf of Debtor Allison Benthal jeffreyabivens@netscape.net
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 7
```