UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                   §
                                         §
BENTHAL, ALLISON M                       §      Case No. 10-73169
                                         §
                                         §
_____Debtor(s)_____  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/DANIEL M. DONAHUE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amy McIntyre 129 Bullard St. Poplar Grove, IL 61065 | | | | | |
| | Ashley Kupkowski 9719 Rambouillet Ridge Roscoe, IL 61073 | | | | | |
| | Internal Revenue Service Mail Stop 5010 CHI 230 S Dearborn St Chicago, IL 60604 | | | | | |
| | Megan Jenkins 129 Bullard St. Poplar Grove, IL 61065 | | | | | |
| | Tiffany Stewart 5820 Dusty Lane South Beloit, IL 61080 | | | | | |
| 000002A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADV Real Estate Investments 605 Fulton Ave. Rockford, IL 61103 | | | | | |
| | Alpine Bank 1700 N. Alpine Rd Rockford, IL 61107 | | | | | |
| | C.Bax 54 Old Hwy. 22, Ste. 300 Clinton, NJ 08809 | | | | | |
| | CLIA Laboratory P.O. Box 70948 Charlotte, NC 28272-0948 | | | | | |
| | Capital One P.O. Box 6492 Carol Stream, IL 60197-6492 | | | | | |
| | Comcast Communications P.O. Box 3002 Southeastern, PA 19398-3002 | | | | | |
| | Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 | | | | | |
| | Culligan Water 702 N. Madison Rockford, IL 61107 | | | | | |
| | Dex 8519 Innovation Way Chicago, IL 60682-0085 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover P.O. Box 6103 Carol Stream, IL 60197-6103 | | | | | |
| | Discover PO Box 30395 Salt Lake City, UT 84130-0395 | | | | | |
| | Donald Benthal 523 Indian Terrace Rockford, IL 61103 | | | | | |
| | EBSCO P.O. Box 37660 Boone, IA 50037-0660 | | | | | |
| | Eastern Account Systems of Conn, In P.O. Box 837 Newtown, CT 06470 | | | | | |
| | Elsevier, Inc. 1799 Hwy 50 East Linn, MO 65051 | | | | | |
| | Farmer's Insurance c/o ARSI 555 St. Charles Dr., Ste. 100 Thousand Oaks, CA 91360 | | | | | |
| | First Data P.O. Box 173845 Denver, CO 80217 | | | | | |
| | Health Net P.O. Box 870141 Surfside Beach, SC 29587-9741 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Highlights for Children P.O. Box 269 Columbus, OH 43216-0269 | | | | | |
| | Humana Financial Recovery P.O. Box 14601 Lexington, KY 40512-4601 | | | | | |
| | Limited Too 7200 Harrison Ave., Unit F80 Rockford, IL 61112 | | | | | |
| | Macy's P.O. Box 8053 Mason, OH 45040 | | | | | |
| | Mayo Clinic 200 S.W. First St Rochester, MN 55905 | | | | | |
| | More Billing Center 1716 Locust St. Des Moines, IA 50309-3023 | | | | | |
| | NICOR P.O. Box 0632 Aurora, IL 60507-0632 | | | | | |
| | NWP Services Corp. P.O. Box 19661 Irvine, CA 92623-9661 | | | | | |
| | Nexus Office Systems, Inc 898 Featherstone Rd. Rockford, IL 61107-6300 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nexus Office Systems, Inc. c/o James, Stevens, & Daniels 1283 College Park Dr. Dover, DE 19904-8713 | | | | | |
| | One Communications 2150 Holmgren Way Green Bay, WI 54304 | | | | | |
| | PhyLogic Healthcare, LLC 1350 Main St., 14th Floor Springfield, MA 01103 | | | | | |
| | Pitney Bowes Post c/o Richmond North Associates, Inc. PO Box 963 4232 Ridge Lea Rd Amherst, NY 14226-0963 | | | | | |
| | SVA Accounting 4960 E. State St. Rockford, IL 61108 | | | | | |
| | Swedish American Hospital PO Box 4448 Rockford, IL 61110 | | | | | |
| | Toys R Us 6455 E. State St. Rockford, IL 61108 | | | | | |
| | US Bank P.O. Box 2188 Oshkosh, WI 54903-2188 | | | | | |


| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Unicare P.O. Box 37780 Louisville, KY 40233-7780 | | | | | |
| | Yellow Book c/o RMS P.O. Box 5471 Mount Laurel, NJ 08054 | | | | | |
| | Yellow Pages, Inc. P.O. box 60007 Anaheim, CA 92812-6007 | | | | | |
| 000011 | ASSOCIATED BANK, NATIONAL ASSOCIATI | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000004 | GEMINI COMPUTER SYSTEMS | | | | | |
| 000005 | HENRY SCHEIN | | | | | |
| 000012 | IKON FINANCIAL SERVICES | | | | | |
| 000002B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000010 | NORTHERN ILLINOIS HELATH PLAN | | | | | |
| 000007 | ONE COMMUNITIONS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | SALLIE MAE | | | | | |
| 000006 | TALBOTS | | | | | |
| 000009 | U.S. BANK N.A. | | | | | |
| 000001 | YELLOW BOOK SALES & DISTRIBUTION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| | |
|---|---|
| Case No: 10-73169 MLB Judge: MANUEL BARBOSA | Trustee Name: DANIEL M. DONAHUE |
| Case Name: BENTHAL, ALLISON M | Date Filed (f) or Converted (c): 06/24/10 (f) |
| | 341(a) Meeting Date: 08/09/10 |
| For Period Ending: 11/12/12 | Claims Bar Date: 10/17/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 1.00 | 0.00 | | 0.00 | FA |
| 2. Checking account at the Chase Bank | 5.00 | 0.00 | | 0.00 | FA |
| 3. 7 rooms, TV, DVD, miscellaneous furniture | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 5. Accounts receivable on books is over $50,000.00, b | 0.00 | 0.00 | | 0.00 | FA |
| 6. 2003 Jeep Liberty; in ex-husband's name, supposed | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. 3 exam tables, 3 otoscopes, 2 desks, 3 computers | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Income tax refund (u) | Unknown | 12,160.38 | | 12,160.38 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | 0.27 | | 0.27 | FA |
| TOTALS (Excluding Unknown Values) | $5,906.00 | $12,160.65 | | $12,160.65 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 12/01/12     Current Projected Date of Final Report (TFR): 12/01/12

LFORM1     Ver: 17.00b
**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-73169 -MLB |
| Case Name: | BENTHAL, ALLISON M |
| Taxpayer ID No: | *******1184 |
| For Period Ending: | 11/12/12 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | Bank of America, NA |
| Account Number / CD #: | *******3820  MONEY MARKET |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/15/11 | 8 | UNITED STATES TREASURY | INCOME TAX REFUND | 1224-000 | 5,410.38 | | 5,410.38 |
| 07/29/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 5,410.40 |
| 08/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,410.45 |
| 09/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,410.49 |
| 10/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,410.54 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.89 | 5,403.65 |
| 11/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,403.69 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.66 | 5,397.03 |
| 12/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,397.07 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.65 | 5,390.42 |
| 01/19/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 5,390.45 |
| 01/19/12 | | Transfer to Acct #*******3713 | Bank Funds Transfer | 9999-000 | | 5,390.45 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 5,410.65 | 5,410.65 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 5,390.45 | |
| Subtotal | 5,410.65 | 20.20 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 5,410.65 | 20.20 | |

Page Subtotals          5,410.65       5,410.65

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-73169 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BENTHAL, ALLISON M | Bank Name: | CONGRESSIONAL BANK |
|  |  | Account Number / CD #: | *******3713  GENERAL CHECKING |
| Taxpayer ID No: | *******1184 |  |  |
| For Period Ending: | 11/12/12 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/19/12 |  | Transfer from Acct #*******3820 | Bank Funds Transfer | 9999-000 | 5,390.45 |  | 5,390.45 |
| 05/01/12 | 8 | DAYTON SMITH<br>445 MILL RIDGE DR.<br>BYRON, IL 61010 | INCOME TAX REFUND | 1224-000 | 6,750.00 |  | 12,140.45 |
| 06/19/12 | 000100 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018067 | 2300-000 |  | 9.78 | 12,130.67 |
| 09/26/12 | 000101 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 |  | 1,966.07 | 10,164.60 |
| 09/26/12 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 |  | 2,590.00 | 7,574.60 |
| 09/26/12 | 000103 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 |  | 187.92 | 7,386.68 |
| 09/26/12 | 000104 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603 | Claim 000002A, Payment 100.0% | 5800-000 |  | 3,972.35 | 3,414.33 |
| 09/26/12 | 000105 | Yellow Book Sales & Distribution<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094 | Claim 000001, Payment 1.3% | 7100-000 |  | 32.53 | 3,381.80 |
| 09/26/12 | 000106 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603 | Claim 000002B, Payment 1.3% | 7100-000 |  | 2.56 | 3,379.24 |
| 09/26/12 | 000107 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000003, Payment 1.3% | 7100-000 |  | 75.35 | 3,303.89 |
| 09/26/12 | 000108 | Gemini Computer Systems<br>1893 Daimler Rd.<br>Rockford, IL 61112 | Claim 000004, Payment 1.3% | 7100-000 |  | 3.26 | 3,300.63 |
|  |  |  | Page Subtotals |  | 12,140.45 | 8,839.82 |  |

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-73169 -MLB |
| Case Name: | BENTHAL, ALLISON M |
| Taxpayer ID No: | *******1184 |
| For Period Ending: | 11/12/12 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******3713 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/26/12 | 000109 | Henry Schein<br>135 Duryea Rd.<br>Melville, NY 11747 | Claim 000005, Payment 1.3% | 7100-000 | | 31.07 | 3,269.56 |
| 09/26/12 | 000110 | Talbots<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000006, Payment 1.3% | 7100-000 | | 29.81 | 3,239.75 |
| 09/26/12 | 000111 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Claim 000008, Payment 1.3% | 7100-000 | | 165.57 | 3,074.18 |
| 09/26/12 | 000112 | U.S. Bank N.A.<br>POB 5229<br>Cincinnati, OH 45201-5229 | Claim 000009, Payment 1.3% | 7100-000 | | 508.91 | 2,565.27 |
| 09/26/12 | 000113 | Northern Illinois Helath Plan<br>c/o Allied Business Accouts<br>P.O. Box 1600<br>Clinton, IA 52733-1600 | Claim 000010, Payment 1.3% | 7100-000 | | 1.78 | 2,563.49 |
| 09/26/12 | 000114 | Associated Bank, National Association<br>c/o Jamie S. Cassel, Esq.<br>2902 McFarland Road, Suite 400<br>Rockford, IL 61107 | Claim 000011, Payment 1.3% | 7100-000 | | 2,563.49 | 0.00 |

Page Subtotals     0.00     3,300.63

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-73169 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | BENTHAL, ALLISON M | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******3713  GENERAL CHECKING |
| Taxpayer ID No: | *******1184 | | |
| For Period Ending: | 11/12/12 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 12,140.45 | 12,140.45 | 0.00 |
| | | | Less: Bank Transfers/CD's | 5,390.45 | 0.00 | |
| | | | Subtotal | 6,750.00 | 12,140.45 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 6,750.00 | 12,140.45 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********3820 | 5,410.65 | 20.20 | 0.00 |
| GENERAL CHECKING - ********3713 | 6,750.00 | 12,140.45 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 12,160.65 | 12,160.65 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 17.00b

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 16)*